# EXHIBIT B

SUPREME OF THE STATE OF NEW YORK                                                      COUNTY OF NEW YORK

GPS and Timestamp: 40.7137758, -74.010091383333333 1637253647175

| | |
|---|---|
| Plaintiff / Petitioner: | **AFFIDAVIT OF SERVICE** |
| RAHUL SHARMA | **Index No:** |
| Defendant / Respondent: | **158108/2021** |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Nov 18 2021 AT 11:40 AM AT 100 Church Street , NEW YORK , NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on THE CITY OF NEW YORK

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation/Entity:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
_____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40          Ethnicity: Caucasian                    Gender: Male              Weight: 180
Height: 5'10"          Hair: Brown          Eyes: Brown              Relationship: Deputy unit chief

Other _____     _____     _____     _____

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

Case 1:21-cv-10892-AS Document 1-2 Filed 12/20/21 Page 3 of 7

SUPREME OF THE STATE OF NEW YORK                                    COUNTY OF NEW YORK

GPS and Timestamp: 40.7137758, -74.01009138333333 1637253584177

| | |
|---|---|
| Plaintiff / Petitioner: | **AFFIDAVIT OF SERVICE** |
| RAHUL SHARMA | Index No: |
| Defendant / Respondent: | 158108/2021 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau.   That on Thu, Nov 18 2021 AT 11:39 AM AT 100 Church Street , NEW YORK , NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on MAYOR BILL DE BLASIO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Entity:**   MAYOR BILL DE BLASIO a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
| Height: 5'10" | Hair: Brown | Eyes: Brown | Relationship: Deputy unit chief |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

1 of 6

SUPREME OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

GPS and Timestamp: 40.7137758, -74.010091383333333 1637253452175

Plaintiff / Petitioner:

RAHUL SHARMA

Defendant / Respondent:

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
158108/2021

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau.  That on Thu, Nov 18 2021 AT 11:37 AM AT 100 Church Street , NEW YORK , NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD POLICE COMMISSIONER DERMOT SHEA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation/Entity:**   NYPD COMMISSIONER DERMOT SHEA a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age:  40 | Ethnicity:  Caucasian | Gender:  Male | Weight:  180 |
| Height:  5'10" | Hair:  Brown | Eyes:  Brown | Relationship:  Deputy unit chief |
| Other _____ | _____ | _____ | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                    COUNTY OF NEW YORK

GPS and Timestamp: 40.70597917029718, -74.00627165250478 1637596119284

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIDAVIT OF SERVICE** |
| RAHUL SHARMA | **Index No:** |
| **Defendant / Respondent:** | **158108/2021** |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau.   That on Mon, Nov 22 2021 AT 10:48 AM AT ONE POLICE PLAZA, NEW YORK , NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD CHIEF OF DEPARTMENT TERRENCE MONAHAN

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Police officer Tanchajja a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ONE POLICE PLAZA, NEW YORK , NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Mon, Nov 22 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: 40 | Ethnicity: Asian American | | | Gender: Male | | Weight: 170 | |
| Height: 5'7" | Hair: Black | | Eyes: Brown | | | Relationship: Co worker | |
| Other | | | | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                                      COUNTY OF NEW YORK

GPS and Timestamp: 40.574458738703804, -74.1055026869742 1637420510000

| Plaintiff / Petitioner: | **AFFIDAVIT OF SERVICE** |
|---|---|
| RAHUL SHARMA | Index No: |
| Defendant / Respondent: | 158108/2021 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Sat, Nov 20 2021 AT 10:01 AM AT 2320 Hylan Blvd SRG5, Staten Island, NY 10306 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD OFFICER BRIANNA CARLO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to NYPD OFFICER Mandracchia a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 2320 Hylan Blvd SRG5, Staten Island, NY 10306, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Sat, Nov 20 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 35 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
| Height: 5'7" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

_____
Mitchell Raider
1450036

Notary Public

**JANET RAIDER**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                      COUNTY OF NEW YORK

GPS and Timestamp: 40.8392562, -73.92262618333332 1637334118921

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| RAHUL SHARMA | Index No: |
| Defendant / Respondent: | 158108/2021 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau.  That on Fri, Nov 19 2021 AT 10:01 AM AT 1278 Sedgwick Ave SRG2, Bronx, NY 10452 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD OFFICER ASHFORD

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Raheb a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 1278 Sedgwick Ave SRG2, Bronx, NY 10452, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Fri, Nov 19 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:

| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 200 |
| Height: 5'7" | Hair: Brown | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November 2021

_____
Mitchell Raider
1450036

_____
Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024