# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
RAHUL SHARMA,

                                Plaintiff,

   - against -

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NYPD COMMISSIONER DERMOT SHEA; NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN; NYPD
LIEUTENANT STEPHEN LATALARDO; NYPD
OFFICER BRIANNA CARLO; NYPD OFFICER
FASHFORD; and NYPD MEMBER JANE DOE 1

                                Defendants.
------------------------------------------------------------------------x

Index No. # 158108/2021

Law Dep't No.: 2021-038942

**CONSENT TO REMOVAL**

**LIEUTENANT STEPHEN LATALARDO**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York
           December 9, 2021

                                                          _____
                                                          **LIEUTENANT STEPHEN
                                                          LATALARDO**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
RAHUL SHARMA,,

                                  Plaintiff,

   - against -

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NYPD COMMISSIONER DERMOT SHEA; NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN; NYPD
LIEUTENANT STEPHEN LATALARDO; NYPD
OFFICER BRIANNA CARLO; NYPD OFFICER
FASHFORD; and NYPD MEMBER JANE DOE 1

                                  Defendants.
------------------------------------------------------------------------x

Index No. # 158108/2021

Law Dep't No.: 2021-038942

**CONSENT TO REMOVAL**

**P.O. BRIANNA CARLO**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

            December 9, 2021

                                                      _____
                                                        **P.O. BRIANNA CARLO**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
RAHUL SHARMA,

                                Plaintiff,

  - against -

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NYPD COMMISSIONER DERMOT SHEA; NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN; NYPD
LIEUTENANT STEPHEN LATALARDO; NYPD
OFFICER BRIANNA CARLO; NYPD OFFICER
FASHFORD; and NYPD MEMBER JANE DOE 1

                              Defendants.
------------------------------------------------------------------------x

Index No. # 158108/2021

Law Dep't No.: 2021-038942

**CONSENT TO REMOVAL**

**P.O. MICHAEL ASHFORD**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

            December 9, 2021

                                                          **P.O. MICHAEL ASHFORD**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
RAHUL SHARMA,

                                  Plaintiff,

- against -

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NYPD COMMISSIONER DERMOT SHEA; NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN; NYPD
LIEUTENANT STEPHEN LATALARDO; NYPD
OFFICER BRIANNA CARLO; NYPD OFFICER
FASHFORD; and NYPD MEMBER JANE DOE 1

                                  Defendants.
------------------------------------------------------------------x

Index No. # 158108/2021

Law Dep't No.: 2021-038942

**CONSENT TO REMOVAL**

**NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York
           December 20, 2021

_____
**NYPD Chief of Department
Terence Monahan**