AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Rahul Sharma | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-cv-10892 |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                      .

Date:     03/15/2022                                    /S/
                                                   *Attorney's signature*

                                            Remy Green (5055300)
                                            *Printed name and bar number*

                                            Cohen&Green P.L.L.C.
                                            1639 Centre St., Suite 216
                                            Ridgewood, NY 11385

                                                   *Address*

                                            remy@femmelaw.com
                                                   *E-mail address*

                                            (929) 888-9650
                                                   *Telephone number*

                                            (929) 888-9457
                                                   *FAX number*