UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHUL SHARMA,

                Plaintiff,

v.

CITY OF NEW YORK *et al.*,

                Defendants.

**ORDER**

21 Civ. 10892 (ER)

RAMOS, D.J.

    For substantially the same reasons stated by Magistrate Judge Stewart D. Aaron in *Roundtree v. City of New York et al.*, No. 21 Civ. 10576 (AJN) (SDA), Doc. 17 at 4, Plaintiff's motion for removal of this case from the 1983 Plan (Local Civil Rule 83.10) is GRANTED.

    The parties are directed to appear for a telephonic initial pre-trial conference on April 28, 2022 at 11:00 am. The parties are directed to call (877) 411-9748 and enter the access code 3029857# at that time.

    The Clerk of Court is respectfully requested to terminate the motion, Doc. 14.

    It is SO ORDERED.

Dated: April 7, 2022
       New York, New York

                                                            Edgardo Ramos, U.S.D.J.