UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __5/2/2022__

RAHUL SHARMA

                        Plaintiff(s),

- against -

CITY OF NEW YORK, ET AL.

                        Defendant(s).

-----------------------------------------------------------x

**CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

__21__ CV __10892__ (ER)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [~~consent~~] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [~~is not~~] to be tried to a jury.

3. Joinder of additional parties must be accomplished by __[SEE NOTE BELOW]__.[1]

4. Amended pleadings may be filed until __May 30, 2022__.

5. Interrogatories shall be served no later than __June 13, 2022__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than __June 13, 2022__.

7. Non-expert depositions shall be completed by __October 28, 2022__.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

---

[1] Defendants are ordered to identify Defendant Jane Doe 1 on or before June 13, 2022. If they are able to, all joinder is complete on or before June 28, 2022. If Defendants are not able to, joinder concerning Jane Doe 1 shall be complete on or before September 26, 2022.

Expert discovery is not anticipated

8. Any further interrogatories, including expert interrogatories, shall be served no later than August 24, 2022.

9. Requests to Admit, if any, shall be served no later than September 28, 2022.

10. Expert reports shall be served no later than 3 months after close of fact discovery.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** October 28, 2022.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Barbara Moses.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for October 28, 2022 at 11 a.m.  (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
May 2, 2022

_____
Edgardo Ramos, U.S. District Judge