UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | |
|---|---|
| RAHUL SHARMA, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Plaintiff, | |
| -against- | 21-CV-10892 (ER) |
| CITY OF NEW YORK, et al., | |
| Defendants. | |

------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Andrey Udalov Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for defendants in this case:

> Michael Viviano
> *Assistant Corporation Counsel*
> New York City Law Department
> 100 Church Street
> New York, NY 10007
> (212) 356-2368
> mviviano@law.nyc.gov

Please serve all papers and future notifications on the attorney for defendants at the address set forth above and at mviviano@law.nyc.gov, and please terminate Andrey Udalov as counsel of record and replace him with Michael Viviano.

Dated: New York, New York
June 10, 2022

       HON. SYLVIA O. HINDS-RADIX
       Corporation Counsel
       of the City of New York
       *Attorney for defendants*
       100 Church Street
       New York, New York 10007
       (212) 356-2368
       mviviano@law.nyc.gov

       By:

       Assistant Corporation Counsel
       Special Federal Litigation Division

**cc:** **By ECF**
Remy Green, Gideon Orion Oliver,
Jessica Massimi, Elena Louisa Cohen
*Attorneys for Plaintiff*