**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

RAHUL SHARMA,

                        Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------------------------------------------ X

**NOTICE OF SUBSTITUTION OF COUNSEL**

21-CV-10892 (ER)

> Defendants' request to substitute counsel is granted. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: June 16, 2022
> New York, New York

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Andrey Udalov Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for defendants in this case:

           Michael Viviano
           *Assistant Corporation Counsel*
           New York City Law Department
           100 Church Street
           New York, NY 10007
           (212) 356-2368
           mviviano@law.nyc.gov

Please serve all papers and future notifications on the attorney for defendants at the address set forth above and at mviviano@law.nyc.gov, and please terminate Andrey Udalov as counsel of record and replace him with Michael Viviano.

Dated: New York, New York
June 10, 2022

        HON. SYLVIA O. HINDS-RADIX
        Corporation Counsel
        of the City of New York
        *Attorney for defendants*
        100 Church Street
        New York, New York 10007
        (212) 356-2368
        mviviano@law.nyc.gov

        By:

            Assistant Corporation Counsel
            Special Federal Litigation Division

cc: **By ECF**
Remy Green, Gideon Orion Oliver,
Jessica Massimi, Elena Louisa Cohen
*Attorneys for Plaintiff*