UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHUL SHARMA,

      Plaintiff,

-against-            **ORDER**

THE CITY OF NEW YORK, et al.,    21-cv-10892 (ER)

      Defendants.

RAMOS, D.J.

  Plaintiff asks the Court to direct Defendants to pay Plaintiff's attorneys' fees associated with moving to coordinate discovery. *See* Doc. 20. Although the Court has ordered coordinated discovery, *see* Doc. 26, the Court hereby denies Plaintiff's request for attorneys' fees.

  Federal Rule of Civil Procedure 37 provides that when a discovery motion is granted, courts must award "reasonable motion expenses incurred in making the motion." Fed. R. Civ. P. 37. But courts "must not order this payment if . . . the opposing party's . . . response[] or objection was substantially justified . . . or other circumstances make an award of expenses unjust." *Id*. Because the Court finds that Defendants' response was substantially justified in that there was at least an arguable basis to question whether it would be more efficient to coordinate discovery between the instant case and *In re NY City Policing During Summer 2020 Demonstrations*, 20-cv-8924(CM)(GWG), Plaintiff's request is denied.

It is SO ORDERED.

Dated: June 21, 2022
   New York, New York

                        _____
                        Edgardo Ramos, U.S.D.J.