UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RAHUL SHARMA,

                               Plaintiff,

        -v-

THE CITY OF NEW YORK, ET. AL.,

                               Defendant.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

21-CV-10892 (ER)

        **PLEASE TAKE NOTICE** that **FELIX DE JESUS** hereby appears as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for the City of New York, Bill De Blasio, Dermot Shea, Terence Monahan, Stephen Latalardo, Brianna Carlo, and Michael Ashford (hereinafter collectively "City Defendants"). All papers and Electronic Case Filing notifications in this matter should henceforth be served on Felix De Jesus at the address listed below.

        I certify that I am admitted to practice before this Court.

Dated: January 23, 2023
       New York, New York

                               HON. SYLVIA O. HINDS-RADIX
                               Corporation Counsel of the City of New York
                               *Attorney for City Defendants*
                               100 Church Street, Room 3-216
                               New York, NY 10007
                               T: (212) 356-2377
                               E: felixdej@law.nyc.gov

                          By:   *Felix De Jesus* (signature)
                              Felix De Jesus
                              *Assistant Corporation Counsel*

cc:   **VIA ECF**
      *All attorneys to be noticed*