

remy green <remy@femmelaw.com>

## Sharma - Proposed FAC

**De Jesus, Felix (LAW)** <felixdej@law.nyc.gov>     Wed, May 31, 2023 at 1:40 PM
To: remy green <remy@femmelaw.com>
Cc: Protester Cases <Protests@femmelaw.com>

Hi Remy,

Thank you for your patience. We consent to this revised FAC, subject to our affirmative defenses.

Sincerely,

Felix De Jesus

Assistant Corporation Counsel

New York City Law Department

Special Federal Litigation Division

100 Church Street

New York, N.Y. 10007

Tel: (212) 356-2377

Cell: (332) 323-0589

Fax: (212) 356-1148

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, May 31, 2023 10:18 AM
**To:** De Jesus, Felix (LAW) <felixdej@law.nyc.gov>
**Cc:** Protester Cases <Protests@femmelaw.com>
**Subject:** Re: FW: [EXTERNAL] Sharma - Proposed FAC

Hi Felix,

Please confirm this version is good to go on consent -- the only difference from the last one is that it replaces all instances of Doe 1 with Blaskey.

Yours,

Remy.

_____

**J. Remy Green**

　　　　*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____

_____

[Quoted text hidden]

📄 **2023-5-31 Sharma FAC post-Doe discussion.pdf**
　　401K