

September 13, 2023

Hon. Arun Subramanian, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

By Electronic Filing.

  Re: Sharma v. City of New York, Case No. 21-cv-10892 (ER)(BCM)

Dear Judge Subramanian:

  I am co-counsel for Plaintiff in the above-captioned matter. I write, jointly with counsel for Defendants,[1] as the Court directed in Dkt. No. 46.

  We are pleased to report that the parties have reached a settlement in principle and are currently working out the final kinks in a written settlement agreement. We would therefore ask the Court to stay all deadlines and give the parties 30 days to file a final settlement and proposed order of dismissal.

  We thank the Court for its attention to this matter.

  Respectfully submitted,

  /s/
  _____
  J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
  **COHEN&GREEN P.L.L.C.**
  *Attorneys for Plaintiff*
  1639 Centre St., Suite 216
  Ridgewood, New York 11385

cc:
All relevant parties by ECF.

---

[1] Recently-named Defendants Smith-Sands and Blaskey have not been served (for essentially the reasons explained in the text following this note) and are not represented at present.