UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

RAHUL SHARMA,

                                                               Plaintiff,

            -against-

THE CITY OF NEW YORK, ET. AL.,

                                                               Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-10892 (ER)

------------------------------------------------------------------------- x

**WHEREAS,** plaintiff and defendants the City of New York, Bill De Blasio, Dermot Shea, Terence Monahan, Stephen Latalardo, Brianna Carlo, and Michael Ashford (hereinafter collectively "Defendants") have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice against Defendants, Pia J. Smith-Sands, and Steven Blaskey; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: _____, 2023
           New York, New York

**REMY GREEN**
Cohen & Green P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, N.Y. 11385

By: _____
       Remy Green
       *Attorney for Plaintiff*

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
      City of New York
*Attorney for Defendants*
100 Church Street, Room 3-213
New York, New York 10007

By: *Felix De Jesus*   10/05/2023
       Felix De Jesus
       *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

RAHUL SHARMA,

                                                         Plaintiff,      **STIPULATION OF SETTLEMENT**

        -against-                                  21-CV-10892 (ER)

THE CITY OF NEW YORK, ET. AL.,

                                                Defendants.

-----------------------------------------------------------------------x

        **WHEREAS,** plaintiff removed this action from New York County Supreme Court by filing a Notice of Removal and the Verified Complaint on or about September 21, 2022, alleging that the City of New York, Bill De Blasio, Dermot Shea, Terence Monahan, Stephen Latalardo, Brianna Carlo, and Michael Ashford (hereinafter collectively "Defendants") violated plaintiff's federal civil rights; and

        **WHEREAS**, plaintiff filed an Amended Complaint on or about June 2, 2023 adding Pia J. Smith-Sands, and Steven Blaskey as defendants in this action[1]; and

        **WHEREAS,** Defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

---

[1] Neither Pia J. Smith-Sands or Steven Blaskey were ever served with process.

1. The above-referenced action is hereby dismissed against defendants the City of New York, Bill De Blasio, Dermot Shea, Terence Monahan, Stephen Latalardo, Brianna Carlo, Michael Ashford, Pia J. Smith-Sands, and Steven Blaskey with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2. City of New York hereby agrees to pay plaintiff **RAHUL SHARMA** the sum of Twenty-Five Thousand ($25,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiff agrees to dismissal of all the claims against all the defendants and to release the City of New York; its successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights and any and all related state law claims, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and serve on the City of New York's attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, and an Affidavit of Status of Liens.  Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiff must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter. If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

7.  This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:  New York, New York
_____, 2023

**REMY GREEN**
Cohen & Green P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, N.Y. 11385

By: _____
Remy Green
*Attorney for Plaintiff*

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
    City of New York
*Attorney for Defendants*
100 Church Street, Room 3-213
New York, New York 10007

By: *Felix De Jesus*   10/05/2023
Felix De Jesus
*Assistant Corporation Counsel*

4